| | |
|---|---|
| 1 | JEROME F. BIRN, JR., State Bar No. 128561 |
| | jbirn@wsgr.com |
| 2 | KEITH E. EGGLETON, State Bar No. 159842 |
| | keggleton@wsgr.com |
| 3 | KELLEY M. KINNEY, State Bar No. 216823 |
| | kkinney@wsgr.com |
| 4 | CHRISTOPHER R. HOWALD, State Bar No. 243598 |
| | chowald@wsgr.com |
| 5 | MOLLY A. ARICO, State Bar No. 260472 |
| | marico@wsgr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 7 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 8 | Telephone:  (650) 493-9300 |
| | Facsimile:   (650) 565-5100 |

Attorneys for Defendants
BARE ESCENTUALS, INC., LESLIE A.
BLODGETT, MYLES B. MCCORMICK,
ROSS M. JONES, BRADLEY M. BLOOM,
JOHN C. HANSEN, MICHAEL J. JOHN,
LEA ANNE OTTINGER, KAREN M. ROSE,
AND GLEN T. SENK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATERIAL YARD WORKERS LOCAL 1175 BENEFIT FUNDS, | CASE NO.:  4:09-cv-03268-PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| BARE ESCENTUALS, INC, LESLIE A. BLODGETT, AND MYLES B. MCCORMICK, | |
| Defendants. | |
| | PJH |
| JOHN KEELER, | CASE NO.:  3:09-cv-03492-~~CRB~~ |
| Plaintiff, | |
| v. | |
| BARE ESCENTUALS, INC, LESLIE A. BLODGETT, AND MYLES B. MCCORMICK, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC, C-09-03268-PJH

3796504_1.DOC

| | |
|---|---|
| WESTMORELAND COUNTY RETIREMENT SYSTEM, | CASE NO.: 3:09-cv-03924-~~CRB~~ PJH |
| Plaintiff, | |
| v. | |
| BARE ESCENTUALS, INC., LESLIE A. BLODGETT, MYLES B. MCCORMICK, ROSS M. JONES, BRADLEY M. BLOOM, JOHN C. HANSEN, MICHAEL J. JOHN, LEA ANNE OTTINGER, KAREN M. ROSE, GLEN T. SENK, GOLDMAN SACHS GROUP, INC., CIBC WORLD MARKETS, BANC OF AMERICA SECURITIES LLC, PIPER JAFFRAY COMPANIES, THOMAS WEISEL PARTNERS LLC, and SUNTRUST ROBINSON HUMPHREY, INC., F/K/A SUNTRUST CAPITAL MARKETS, INC., | |
| Defendants. | |

1    WHEREAS, a securities class action lawsuit, captioned *Material Yard Workers Local 1175 Benefit Funds v. Bare Escentuals, Inc., et al.*, Case No. 4:09-cv-03268-PJH ("this Action"), was filed on July 17, 2009;

WHEREAS, a second securities class action lawsuit, captioned *Keeler v. Bare Escentuals, Inc., et al.*, Case No. 3:09-cv-03492-CRB (the "*Keeler* Action"), was filed on July 29, 2009;

WHEREAS, a third securities class action lawsuit, captioned *Westmoreland County Retirement System v. Bare Escentuals, Inc., et al.*, Case No. 3:09-cv-03924-CRB (the "*Westmoreland* Action"), was filed on August 25, 2009;

WHEREAS, defendants Bare Escentuals, Inc, Leslie A. Blodgett and Myles B. McCormick filed a Stipulation and [Proposed] Order Re Consolidation of Related Cases and Extending Time to Respond in this Action on September 3, 2009 that is currently pending before this Court;

WHEREAS, Vincent J. Takas and Westmoreland County Retirement System (collectively, the "Bare Escentuals Investors Group") filed a Motion to Appoint Lead Plaintiffs and Lead Counsel in this Action on September 16, 2009;

WHEREAS, this Court entered an Order dated September 22, 2009 designating the *Keeler* Action and the *Westmoreland* Action "related" to this Action under Civil Local Rule 3-12;

WHEREAS, the hearing on the Bare Escentuals Investors Group's Motion to Appoint Lead Plaintiffs and Lead Counsel is currently scheduled before this Court on October 21, 2009 at 9:00 a.m.; and

WHEREAS, the Case Management Conference is currently scheduled before this Court on October 22, 2009 at 2:30 p.m.

NOW, THEREFORE, in light of the automatic stay of discovery under the Private Securities Litigation Reform Act, in the interest of judicial economy and good cause showing, the parties, by and through their undersigned counsel of record, hereby agree and stipulate, and the Court hereby orders, as follows:

1.    After the appointment of a Lead Plaintiff and Lead Counsel, pursuant to 15 U.S.C. § 77z-1(a)(3)(B) and 15 U.S.C. § 78u-4(a)(3)(B), and 15 U.S.C. § 77z-1(a)(3)(B)(v) and 15 U.S.C. § 78u-4(a)(3)(B)(v), respectively, defendants and Lead Plaintiff shall meet and confer to determine a deadline for the Consolidated Complaint and a corresponding briefing schedule. The parties will file a stipulated schedule for approval by the Court.  No defendant is required to respond to the complaint in this action or any action consolidated into this action, other than a Consolidated Complaint or complaint designated as the operative complaint after the appointment of Lead Plaintiff and Lead Plaintiff's Counsel.

2.    The Case Management Conference currently scheduled for October 22, 2009 at 2:30 p.m. shall be continued until after the Court's ruling on defendants' motions to dismiss.

The Parties respectfully request that the Court enter an Order approving this Stipulation.

Respectfully submitted,

Dated:  October 5, 2009

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

By:    /s/ Kelley M. Kinney
        Kelley M. Kinney

Attorneys for Defendants Bare Escentuals, Inc., Leslie A. Blodgett, Myles B. McCormick, Ross M. Jones, Bradley M. Bloom, John C. Hansen, Michael J. John, Lea Anne Ottinger, Karen M. Rose and Glen T. Senk

| | | |
|---|---|---|
| 1 | Dated: October 5, 2009 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | | 100 Pine Street, Suite 2600 |
| | | San Francisco, CA 94111 |
| 3 | | Telephone: (415) 288-4545 |
| | | Facsmile: (415) 288-4534 |

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsmile: (631) 367-1173


By:   /s/ John K. Grant
             John K. Grant

Attorneys for Plaintiff Material Yard Workers Local 1175 Benefit Funds


Dated: October 5, 2009        GLANCY BINKOW & GOLDBERG LLP
                              1801 Avenue of the Stars, Suite 311
                              Los Angeles, CA 90067
                              Telephone: (310) 201-9150
                              Facsmile: (310) 201-9160


By:   /s/ Michael M. Goldberg
             Michael M. Goldberg

Attorneys for Plaintiff John Keeler


Dated: October 5, 2009        SCOTT + SCOTT LLP
                              600 West B Street, #1500
                              San Diego, CA 92101
                              Telephone: (619) 233-4565
                              Facsmile: (619) 233-0508


By:   /s/ Mary K. Blasy
             Mary K. Blasy

Attorneys for Plaintiff Westmoreland County Retirement System

---

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC, C-09-03268-PJH    -3-    3796504_1.DOC

1 **ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Dated: 10/15/09



United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Kelley M. Kinney, attest that concurrence in the filing of this document has been obtained from the signatories John K. Grant, Michael M. Goldberg and Mary K. Blasy.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 5th day of October, 2009 at Palo Alto, California.

By:  /s/ Kelley M. Kinney
     Kelley M. Kinney

*Counsel for Defendants Bare Escentuals, Inc., Leslie A. Blodgett, Myles B. McCormick, Ross M. Jones, Bradley M. Bloom, John C. Hansen, Michael J. John, Lea Anne Ottinger, Karen M. Rose and Glen T. Senk*