1  SCOTT+SCOTT LLP
   ARTHUR L. SHINGLER III (181719)
2  MARY K. BLASY (211262)
   HAL D. CUNNINGHAM (243048)
3  600 B Street, Suite 1500
   San Diego, CA  92101
4  Telephone:  619-233-4565
   Facsimile: 619-233-0508
5  ashingler@scott-scott.com
   mblasy@scott-scott.com
6  hcunningham@scott-scott.com
     – and –
7  DAVID R. SCOTT
   P.O. Box 192
8  108 Norwich Avenue
   Colchester, CT  06415
9  Telephone:  860-537-3818
   Facsimile: 860-537-4432
10 drscott@scott-scott.com

11 *Counsel for Proposed Lead Plaintiff*

12

                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                          OAKLAND DIVISION
15

16 | MATERIAL YARD WORKERS LOCAL 1175 | CASE NO.:  C-09-03268-PJH |
   | BENEFIT FUNDS, | ORDER GRANTING MOTION TO |

17 |                | [PROPOSED] ORDER CONSOLIDATE |
   |      Plaintiff, | AND APPOINTING LEAD PLAINTIFF; |
18 |                | VACATING HEARING DATE |
   |      v.        | Date:  October 21, 2009 |
19 |                | Time:  9:00 a.m. |
   | BARE ESCENTUALS, INC, | Courtroom:  3 |
20 | LESLIE A. BLODGETT, AND MYLES B. | Hon. Phyllis J. Hamilton |
   | MCCORMICK, |    |
21 |                |    |
   |      Defendants. |    |
22 |                |    |

23

24 [Caption Continued on the Following Page]

25

26

27

28

[PROPOSED] ORDER

1   JOHN KEELER,

2               Plaintiff,

3         v.

4   BARE ESCENTUALS, INC,
    LESLIE A. BLODGETT, AND MYLES B.
5   MCCORMICK,

6               Defendants.

7   _____

8   WESTMORELAND COUNTY RETIREMENT
    SYSTEM,

9               Plaintiff,

10        v.

11  BARE ESCENTUALS, INC., LESLIE A.
12  BLODGETT, MYLES B. MCCORMICK, ROSS
    M. JONES, BRADLEY M. BLOOM, JOHN C.
13  HANSEN, MICHAEL J. JOHN, LEA ANNE
    OTTINGER, KAREN M. ROSE, GLEN T.
14  SENK, GOLDMAN SACHS GROUP, INC.,
    CIBC WORLD MARKETS, BANC OF
15  AMERICA SECURITIES LLC, PIPER
    JAFFRAY COMPANIES, THOMAS WEISEL
16  PARTNERS LLC, and SUNTRUST ROBINSON
    HUMPHREY, INC., F/K/A SUNTRUST
17  CAPITAL MARKETS, INC.,

18              Defendants.

CASE NO.:  09-cv-03492-~~CRB~~  PJH

CASE NO.:  09-cv-03924-~~CRB~~  PJH

19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

09-cv-03268-PJH

**WHEREAS**, putative class members Vincent J. Takas and Westmoreland County Retirement System (referred to herein, collectively, as the "Bare Escentuals Investors Group" or "Movant"), have moved for an order (1) consolidating all related class actions filed in or transferred to this District for all purposes pursuant to Fed. R. Civ. P. 42(a); (2) appointing the Bare Escentuals Investors Group as lead plaintiff in the above-captioned actions pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq.*; and (3) approving its selection of Scott+Scott LLP ("Scott+Scott") as lead counsel for the putative class.

**IT IS HEREBY ORDERED as follows:**

1.       Movant's motion for consolidation is granted

2.       The Bare Escentuals Investors Group is the most adequate plaintiff and is appointed as Lead Plaintiff for the Class in this action (and any subsequently consolidated or related actions) to represent the Class.

3.       Lead Plaintiff's selection of Lead Counsel for the Class is hereby approved.  The law firm of Scott + Scott is appointed as Lead Counsel pursuant to §21D(a)(3)(B)(v) of the Exchange Act.  At the direction of Lead Plaintiff, Lead Counsel shall have the authority to speak for all plaintiffs and class members in all matters regarding the litigation including, but not limited to, pre-trial proceedings, motion practice, trial and settlement, and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.   Additionally, lead counsel shall have the following responsibilities:

(a)      to brief and argue motions;

(b)      to initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admission, and requests for production of documents;

[PROPOSED] ORDER

1

(c)     to direct and coordinate the examination of witnesses in depositions;

(d)     to act as spokesperson at pretrial conferences;

(e)     to call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

(f)     to initiate and conduct any settlement negotiations with counsel for defendants;

(g)     to provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

(h)     to consult with and employ experts;

(i)     to receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorneys' fees; and

(j)     to perform such other duties as may be expressly authorized by further order of this Court.

4.     Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of the Class and for disseminating notices and orders of this Court.

5.     No motion, application or request for discovery shall be served or filed, or other pretrial proceedings initiated, on behalf of Lead Plaintiff, except through Lead Counsel.

6.     All notices, proposed orders, pleadings, motions, discovery, and memoranda requiring a response in less than 30 days shall be served upon Lead Counsel and defense counsel by the Court's Electronic Case Filing ("ECF") system, overnight mail service, telecopy, and/or hand delivery.

[PROPOSED] ORDER

2

09-cv-03268-PJH

1    7.    All other service shall take place by regular mail.

2    8.    Lead Counsel for the Class shall be available and responsible for communications to

3    and from the Court.

4    9.    Defendants' counsel may rely upon all agreements made with Lead Counsel, or other

5    duly authorized representatives of Lead Plaintiff.

6

7    10.    This Order shall apply to each case subsequently filed in this Court or transferred to

8    this Court, unless a party objecting to the consolidation of such case or to any other provision of this

9    Order files within ten (10) days after the date upon which a copy of this Order is mailed to counsel

10   for such party, an application for relief from this Order or any provision herein and this Court deems

11   it appropriate to grant such application.

12   IT IS SO ORDERED.

13

14

15   DATED: _ 10/15/09 _____

16                                                                    JUDGE

17   Respectfully submitted,

18   SCOTT+SCOTT LLP
     ARTHUR L. SHINGLER III
19   MARY K. BLASY
     HAL D. CUNNINGHAM
20   600 B Street, Suite 1500
     San Diego, CA 92101
21   Telephone: 619-233-4565
     Facsimile: 619-233-0508
22   ashingler@scott-scott.com
     mblasy@scott-scott.com
23   hcunningham@scott-scott.com
      – and –
24   DAVID R. SCOTT
     P.O. Box 192
25   108 Norwich Avenue
     Colchester, CT  06415
26   Telephone:  860-537-3818
     Facsimile: 860-537-4432
27   drscott@scott-scott.com

28   [PROPOSED] ORDER                                                3
                                                                    09-cv-03268-PJH



IT IS SO ORDERED

Judge Phyllis J. Hamilton

1

<u>**CERTIFICATE OF SERVICE**</u>

2          I hereby certify that on September 16, 2009, I caused the foregoing to be electronically filed

3 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

4 the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused

5 the foregoing document or paper to be mailed via the United States Postal Service to the non-

6 CM/ECF participants indicated on the Manual Notice List.

7          I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on September 16, 2009.

9

10                                    /s/ Hal D. Cunningham
                                      HAL CUNNINGHAM
11                                    SCOTT+SCOTT LLP
                                      600 B Street, Suite 1500
12                                    San Diego, CA 92101
                                      Telephone: 619-233-4565
13                                    Facsimile: 619-233-0508
                                      hcunningham@scott-scott.com
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER                                                              1
                                                                    09-cv-03268-PJH