1  SCOTT+SCOTT LLP
   ARTHUR L. SHINGLER III (181719)
2  MARY K. BLASY (211262)
   HAL D. CUNNINGHAM (243048)
3  600 B Street, Suite 1500
   San Diego, CA  92101
4  Telephone:  619-233-4565
   Facsimile: 619-233-0508
5  ashingler@scott-scott.com
   mblasy@scott-scott.com
6  hcunningham@scott-scott.com
   – and –
7  DAVID R. SCOTT
   P.O. Box 192
8  108 Norwich Avenue
   Colchester, CT  06415
9  Telephone:  860-537-3818
   Facsimile: 860-537-4432
10 drscott@scott-scott.com

11 *Lead Counsel for Lead Plaintiff*

12                UNITED STATES DISTRICT COURT
13                NORTHERN DISTRICT OF CALIFORNIA
14                        OAKLAND DIVISION

15
   MATERIAL YARD WORKERS LOCAL 1175    ) CASE NO.: C-09-03268-PJH
16 BENEFIT FUNDS,                      )
                                       )
17        Plaintiff,                   )
                                       ) STIPULATION AND [PROPOSED]
18    v.                               ) SCHEDULING ORDER AS
                                       ) Modified
19 BARE ESCENTUALS, INC,               )
   LESLIE A. BLODGETT, AND MYLES B.    )
20 MCCORMICK,                          )
                                       )
21        Defendants.                  )
                                       )
22                                     )
                                       )
23

24 [Caption Continued on the Following Page]

25

26

27

28
   STIPULATION AND [PROPOSED] SCHEDULING ORDER
                                                              09-cv-03268-PJH

| | | |
|---|---|---|
| 1 | JOHN KEELER, | ) CASE NO.: 09-cv-03492-PJH |
| 2 | Plaintiff, | ) |
| 3 | v. | ) |
| 4 | BARE ESCENTUALS, INC, LESLIE A. BLODGETT, AND MYLES B. MCCORMICK, | ) |
| 5 | | ) |
| 6 | Defendants. | ) |
| 7 | | ) |
| 8 | WESTMORELAND COUNTY RETIREMENT SYSTEM, | ) CASE NO.: 09-cv-03924-PJH |
| 9 | Plaintiff, | ) |
| 10 | | ) |
| 11 | v. | ) |
| 12 | BARE ESCENTUALS, INC., LESLIE A. BLODGETT, MYLES B. MCCORMICK, ROSS M. JONES, BRADLEY M. BLOOM, JOHN C. HANSEN, MICHAEL J. JOHN, LEA ANNE OTTINGER, KAREN M. ROSE, GLEN T. SENK, THE GOLDMAN SACHS GROUP, INC., CIBC WORLD MARKETS, BANC OF AMERICA SECURITIES LLC, PIPER JAFFRAY COMPANIES, THOMAS WEISEL PARTNERS LLC, and SUNTRUST ROBINSON HUMPHREY, INC., F/K/A SUNTRUST CAPITAL MARKETS, INC., | ) |
| 18 | Defendants. | ) |

STIPULATION AND [PROPOSED] SCHEDULING ORDER

09-cv-03268-PJH

1    **WHEREAS**, On July 17, 2009, July 29, 2009 and August 25, 2009, respectively, *Material Yard Workers* Local *1175 Benefit Funds v. Bare Escentuals, Inc.*, Case No. 3:09-cv-03268-PJH, *Keeler v. Bare Escentuals, Inc.*, Case No. 3:09-cv-03492-PJH and *Westmoreland County Retirement System v. Bare Escentuals*, Case No. 3:309-cv-03924-PJH were filed in this District;

**WHEREAS**, by order dated October 15, 2009, these three actions were consolidated;

**WHEREAS**, on October 15, 2009, the Court appointed Vincent J. Takas and Westmoreland County Retirement System as Lead Plaintiff and approved their selection of Scott+Scott LLP as Lead Counsel for Lead Plaintiff; and

**WHEREAS**, by stipulation and order entered October 15, 2009, the defendants and Lead Plaintiff were to meet and confer to determine a deadline for filing the Consolidated Complaint and a corresponding briefing schedule on defendants' anticipated motions to dismiss,

**NOW, THEREFORE**, the parties, by and through their undersigned counsel of record, hereby agree and stipulate, and the Court hereby orders, as follows:

1. The consolidated action shall be captioned: "<u>In re Bare Escentuals, Inc. Securities Litigation</u>,"

2. Every pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE BARE ESCENTUALS, INC. SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>_____ | Master File No. C-09-03268-PJH<br><br>**CLASS ACTION** |
|---|---|

STIPULATION AND [PROPOSED] SCHEDULING ORDER        1
                                                                                                09-cv-03268-PJH

1  3. The file in Civil Action No. C-09-03268 shall constitute a Master File for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies only to some, not all, of the actions, the document shall list, immediately after the phrase "This Document Relates:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action (e.g., "No. C-09-03268 (Material Yard Workers))."

4. Lead Plaintiff shall file their Consolidated Complaint by December 23, 2009;

5. Defendants shall file any motions to dismiss by February 26, 2010;

6. Lead Plaintiff shall file any oppositions to defendants' motions to dismiss by April 23, 2010;

7. Defendants shall file their replies in support of their motions to dismiss by May 28, 2010; and

8. The Court will hear oral argument on defendants' motions to dismiss on June 30, 2010, or as soon thereafter as the matter may be heard.

DATED: November 5, 2009          Respectfully submitted,

SCOTT+SCOTT LLP
Arthur J. Shingler
Mary K. Blasy
Hal D. Cunningham
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508


/s/ Mary K. Blasy
MARY K. BLASY

Lead Counsel for Lead Plaintiff

STIPULATION AND [PROPOSED] SCHEDULING ORDER                                2
09-cv-03268-PJH

| | | |
|---|---|---|
| 1 | DATED: November 5, 2009 | WILSON SONSINI GOODRICH & ROSATI PROFESSIONAL CORPORATION |
| 2 | | KELLEY M. KINNEY |
| 3 | | 650 Page Mill Road Palo Alto, CA 94304 |
| | | Telephone: (650) 493-9300 |
| 4 | | Facsimile: (650) 493-6811 |

By: /s/ Kelley M. Kinney
 KELLEY M. KINNEY

Attorneys for Defendants Bare Escentuals, Inc., Leslie A. Blodgett, Myles B. McCormick, Ross M. Jones, Bradley M. Bloom, John C. Hansen, Michael J. John, Lea Anne Ottinger, Karen M. Rose and Glen T. Senk

Dated: November 5, 2009

HOGAN & HARTSON LLP
NORMAN J. BLEARS
525 University Ave., 4th Floor
Palo Alto, CA  94301
Telephone: (650) 463-4001
Facsmile: (650) 463-4199

By: /s/ Norman J. Blears
 NORMAN J. BLEARS

Attorneys for Defendants The Goldman Sachs Group, Inc., CIBC World Markets, Banc of America Securities LLC, Piper Jaffray Cos., Thomas Weisel Partners LLC, and SunTrust Robinson Humphrey, Inc., f/k/a SunTrust Capital Markets, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/12/09

_____
United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Mary Blasy, attest that concurrence in the filing of this document has been obtained from signatories Kelly M. Kinney and Norman J. Blears. I declare under penalty of perjury under the laws o f the United States of America that the foregoing is true and correct. Executed this 5th day of November, 2009 at San Diego, California.

    /s/Mary K. Blasy
MARY K. BLASY
SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619-233-4565
Fax: 619-233-0508
E-mail: mblasy@scott-scott.com

Lead Counsel for Lead Plaintiff