UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE BARE ESCENTUALS, INC.
SECURITIES LITIGATION
_____

No. C 09-3268 PJH

This document relates to:
 All Actions
_____/

**ORDER RE MOTION TO SHORTEN TIME AND REFERRAL TO MAGISTRATE JUDGE**

Before the court is plaintiffs' motion for an order shortening time for briefing and hearing of their motion for entry of an interim document preservation order, noticed for hearing in accordance with Local Rule 7-2 on March 24, 2010. Plaintiffs seek to have the motion heard a week from today, on February 24, 2010. The court finds that in the absence of some indication, other than plaintiffs' mere speculation, that defendant may fail to comply with the preservation requirements of the PSLRA, and in view of plaintiffs' own delay in bringing this motion, an expedited hearing with its concomitant abbreviated period for the defendant's opposition to be filed and for the court to prepare for the hearing, is simply not warranted. The motion is DENIED.

Additionally, plaintiffs' request to file a reply brief is DENIED, as reply briefs are not permitted for Local Rule 6-3 motions to shorten time.

Lastly, plaintiffs' motion for entry of an interim document preservation order is referred for assignment to a magistrate judge, who shall also retain the case for all discovery purposes once the discovery stay is lifted. The March 24, 2010 hearing date on the calendar of the undersigned is VACATED.

**IT IS SO ORDERED.**

Dated: February 17, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge