UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BARE ESCENTUALS, INC. SECURITIES LITIGATION, | No. C09-3268 PJH (BZ) |
| | Related Cases: |
| | C09-3924 PJH |
| | C09-3492 PJH |
| This documents relates to: All Actions. | |
| | **INITIAL DISCOVERY ORDER** |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the

1  parties must participate in a telephone conference with the
2  Court **before** filing any discovery motions or other papers.
3  The party seeking discovery shall request a conference in a
4  letter **filed electronically** not exceeding two pages (with no
5  attachments) which briefly explains the nature of the action
6  and the issues in dispute.  Other parties **shall** reply in
7  similar fashion within **two days** of receiving the letter
8  requesting the conference.  The Court will contact the parties
9  to schedule the conference.

10       After the conference with the Court, if filing papers is
11  deemed necessary, they should be filed **electronically** with the
12  Clerk's Office, with **one hard copy delivered directly to**
13  **Magistrate Judge Zimmerman's Chambers (Room 15-6688).**  A
14  chambers copy of all briefs shall be submitted on a diskette
15  formatted in WordPerfect or e-mailed to the following address:
16  **bzpo@cand.uscourts.gov**
17  Dated: February 19, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BARE ESCENTUALS\INITIAL DISCOVERY ORDER.wpd

2