|   |   |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE BARE ESCENTUALS, INC.  )   No. C09-3268 PJH (BZ)
SECURITIES LITIGATION,       )
                             )   Related Cases:
                             )
                             )   C09-3924 PJH
                             )   C09-3492 PJH
This documents relates to:   )
All Actions.                 )   **ORDER SCHEDULING TELEPHONIC**
                             )   **CONFERENCE RE DISCOVERY**
                             )   **DISPUTE**
                             )

Judge Hamilton has referred to me plaintiffs' motion for entry of an interim document preservation order, **IT IS HEREBY ORDERED** that the defendant shall set forth its position on the discovery dispute in a letter of <u>not</u> <u>more</u> than **two pages** to be served and filed by **noon on Tuesday, February 23, 2010.  IT IS FURTHER ORDERED**, that a telephonic conference is scheduled for **Wednesday, February 24, 2010 at 9:45 a.m.,** to discuss the discovery dispute(s) currently at issue.  Counsel shall contact **CourtCall**, telephonic court appearances at

///

///

1

**1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: February 19, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BARE ESCENTUALS\DISC ORD 2.wpd