UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BARE ESCENTUALS, INC. SECURITIES LITIGATION, | No. C09-3268 PJH (BZ) |
| | Related Cases: |
| | C09-3924 PJH |
| | C09-3492 PJH |
| This documents relates to: All Actions. | |
| | **THIRD DISCOVERY ORDER** |

Following a telephone conference with both parties on February 24, 2010, **IT IS ORDERED** as follows:

1. The parties shall meet and confer in an effort to resolve the dispute in accordance with the views expressed by the Court.

2. If they are successful, the parties shall notify the Court immediately **in writing**.

3. If they are unsuccessful, defendants' opposition shall be filed by **March 10, 2010.**

4. Plaintiffs' reply shall be filed by **March 17, 2010.**

///

///

1

1     5.    The Court will schedule a hearing if necessary.

2 Dated: February 24, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BARE ESCENTUALS\DISC ORD 3.wpd