JEROME F. BIRN, JR., State Bar No. 128561
jbirn@wsgr.com
KEITH E. EGGLETON, State Bar No. 159842
keggleton@wsgr.com
KELLEY M. KINNEY, State Bar No. 216823
kkinney@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
BARE ESCENTUALS, INC., LESLIE A. BLODGETT, MYLES B. MCCORMICK, ROSS M. JONES, BRADLEY M. BLOOM, JOHN C. HANSEN, MICHAEL J. JOHN, LEA ANNE OTTINGER, KAREN M. ROSE, GLEN T. SENK, AND DIANE M. MILES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE BARE ESCENTUALS, INC. SECURITIES LITIGATION<br>__________________________<br>This Document Relates To:<br><br>All Actions | Master File No.: C-09-03268-PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING PAGE LIMITATION FOR BRIEFING ON MOTION TO DISMISS**<br><br>Date: June 30, 2010<br>Time: 9:00 a.m.<br>Dept: Courtroom 3<br><br>Before: Judge Phyllis J. Hamilton |

WHEREAS, pursuant to this Court's Order dated November 12, 2009, defendants Bare Escentuals, Inc., Leslie A. Blodgett, Myles B. McCormick, Ross M. Jones, Bradley M. Bloom, John C. Hansen, Michael J. John, Lea Anne Ottinger, Karen M. Rose, Glen T. Senk and Diane M. Miles (collectively, the "Bare Escentuals Defendants"), must file any motion to dismiss on or before February 26, 2010;

WHEREAS, plaintiffs filed a Consolidated Complaint for Violations of the Federal Securities Laws on December 23, 2009;

WHEREAS, plaintiffs filed a Corrected Consolidated Complaint for Violations of the Federal Securities Laws (the "Complaint") on February 11, 2010 that corrected certain typographical errors in the December 23, 2009 filing;

WHEREAS, the Complaint asserts claims under Sections 11, 12 and 15 of the Securities Act of 1933, 15 U.S.C. §§77k, 77l(a)(2) and 77o, respectively, and Sections 10(b), 20(a) and 20A of the Securities and Exchange Act of 1934, 15 U.S.C. §§78j(b), 78t(a) and 78t-1, respectively, and Rule 10b-5, 17 C.F.R. §240.10b-5;

WHEREAS, the Complaint is 104 pages in length;

WHEREAS, Local Rule 7-2 for this Court permits the Bare Escentuals Defendants 25 pages for their memorandum of points and authorities in support of their motion to dismiss;

WHEREAS, the Bare Escentuals Defendants' counsel believes the 25 page limit will not permit the Bare Escentuals Defendants to address adequately the issues and arguments; and

WHEREAS, the parties have agreed, subject to order by this Court, that the page limit for the Bare Escentuals Defendants' brief can be extended to no more than 30 pages.

NOW, THEREFORE, the parties, by and through their undersigned counsel of record, hereby agree and stipulate, and the Court hereby orders, as follows:

1. The Bare Escentuals Defendants' memorandum in support of its motion to dismiss shall not exceed thirty pages, excluding caption and tables.

Opposition may be 30 pages and reply 20 pages.

/ / /

/ / /

/ / /

Dated: February 22, 2010

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

By: /s/ Kelley M. Kinney
Kelley M. Kinney

*Attorneys for Defendants Bare Escentuals, Inc., Leslie A. Blodgett, Myles B. McCormick, Ross M. Jones, Bradley M. Bloom, John C. Hansen, Michael J. John, Lea Anne Ottinger, Karen M. Rose, Glen T. Senk and Diane M. Miles*

Dated: February 22, 2010

SCOTT + SCOTT LLP
600 West B Street, #1500
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508

By: /s/ Mary K. Blasy
Mary K. Blasy

*Lead Counsel for Lead Plaintiffs*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/1/10

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Phyllis J. Hamilton
NORTHERN DISTRICT OF CALIFORNIA

United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITATION FOR BRIEFING ON MOTION TO DISMISS
-3-
C-09-03268-PJH

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Kelley M. Kinney, attest that concurrence in the filing of this document has been obtained from the signatory, Mary K. Blasy. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of February, 2010 at Palo Alto, California.

By: /s/ Kelley M. Kinney
Kelley M. Kinney

*Counsel for Defendants Bare Escentuals, Inc., Leslie A. Blodgett, Myles B. McCormick, Ross M. Jones, Bradley M. Bloom, John C. Hansen, Michael J. John, Lea Anne Ottinger, Karen M. Rose, Glen T. Senk and Diane M. Miles*