SCOTT+SCOTT LLP
ARTHUR L. SHINGLER III (181719)
MARY K. BLASY (211262)
HAL D. CUNNINGHAM (243048)
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619/233-4565
619/233-0508 (fax)
ashingler@scott-scott.com
mblasy@scott-scott.com
hcunningham@scott-scott.com
 – and –
DAVID R. SCOTT
P.O. Box 192
156 South Main Street
Colchester, CT 06415
Telephone: 860/537-3818
860/537-4432 (fax)
drscott@scott-scott.com

*Lead Counsel for Lead Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE BARE ESCENTUALS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No. C-09-03268-PJH-BZ<br><br>[~~PROPOSED~~] INTERIM DOCUMENT PRESERVATION ORDER |
|---|---|

[~~PROPOSED~~] INTERIM DOCUMENT PRESERVATION ORDER

1    GOOD CAUSE SHOWN, and based on the agreement of counsel, IT IS HEREBY
2 ORDERED:
3    1.   Counsel for the Parties will notify their clients of their document preservation
4 obligations pursuant to the federal securities laws, the Federal Rules of Civil Procedure, the Court's
5 Local Rules, and other applicable law;
6    2.   Bare Escentuals will promptly notify the Court and counsel for Lead Plaintiffs
7 if Shiseido Co., Ltd. or events arising out of Bare Escentuals' acquisition by Shiseido Co., Ltd.
8 interfere with Bare Escentuals' document preservation obligations; and
9    3.   Nothing in this Order is intended to modify or affect the standards set forth in
10 the federal securities laws, the Federal Rules of Civil Procedure, the Court's Local Rules and other
11 laws applicable to any Party's document preservation obligations, or the standards to be applied by
12 the Court in connection with any motion concerning the alleged inadequacy of a Party's document
13 preservation.

15 DATED: March 3, 2010

_____
U.S. MAGISTRATE JUDGE
BERNARD ZIMMERMAN

[~~PROPOSED~~] INTERIM DOCUMENT PRESERVATION ORDER            2
09-cv-03268-PJH-BZ