1  JEROME F. BIRN, JR., State Bar No. 128561
   jbirn@wsgr.com
2  KEITH E. EGGLETON, State Bar No. 159842
   keggleton@wsgr.com
3  KELLEY M. KINNEY, State Bar No. 216823
   kkinney@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:  (650) 565-5100
7

8  Attorneys for Defendants
   BARE ESCENTUALS, INC., LESLIE A.
9  BLODGETT, MYLES B. MCCORMICK,
   ROSS M. JONES, BRADLEY M. BLOOM,
10  JOHN C. HANSEN, MICHAEL J. JOHN,
   LEA ANNE OTTINGER, KAREN M. ROSE,
11  GLEN T. SENK, AND DIANE M. MILES

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         OAKLAND DIVISION

16  IN RE BARE ESCENTUALS, INC.          )   Master File No.:  C-09-03268-PJH
   SECURITIES LITIGATION                )
17                                       )   **STIPULATION AND [~~PROPOSED~~]**
                                         )   **ORDER EXTENDING THE**
18  _____     )   **HEARING DATE ON**
                                         )   **DEFENDANTS' MOTIONS TO**
19  This Document Relates To:            )   **DISMISS**
                                         )
20  All Actions                          )   Date:    June 30, 2010
                                         )   Time:    9:00 a.m.
21                                       )   Dept:    Courtroom 3
                                         )
22                                       )   Before: Judge Phyllis J. Hamilton
   _____      )
23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                              C-09-03268-PJH
EXTENDING THE HEARING DATE ON
DEFENDANTS' MOTIONS TO DISMISS

1    WHEREAS, on November 12, 2009, this Court entered an order on the parties' stipulated

2  briefing schedule for motions to dismiss.  Under the scheduling order, defendants' motions to

3  dismiss were due February 26, 2010, lead plaintiffs' opposition to defendants' motions to

4  dismiss are due April 23, 2010, and defendants' replies in support of their motions to dismiss are

5  due May 28, 2010.  The Court set a hearing date of June 30, 2010 on defendants' motions to

6  dismiss;

7    WHEREAS, counsel for defendants Goldman Sachs Group, Inc., CIBC World Markets,

8  Banc of America Securities LLC, Piper Jaffray Companies, Thomas Weisel Partners LLC, and

9  SunTrust Robinson Humphrey, Inc., f/k/a SunTrust Capital Markets, Inc. will be out of the

10  country on June 30, 2010;

11    WHEREAS, the parties have met and conferred regarding the hearing date on

12  defendants' motions to dismiss pursuant to this Court's order, and have agreed to extend the

13  hearing date on defendants' motions to dismiss until July 14, 2010;

14    WHEREAS, in light of the proposed new hearing date, the parties have agreed, subject to

15  Court order, to extend the deadlines for lead plaintiffs' opposition to defendants' motions to

16  dismiss and defendants' replies in support of their motions to dismiss by one week each;

17    NOW, THEREFORE, the parties, by and through their undersigned counsel of record,

18  hereby agree and stipulate, and the Court hereby orders, as follows:

19    1.    Lead plaintiffs shall file any oppositions to defendants' motions to dismiss by

20  April 30, 2010;

21    2.    Defendants shall file their replies in support of their motions to dismiss by June 4,

22  2010; and

23    3.    The Court will hear oral argument on defendants' motions to dismiss on July 14,

24  2010 at 9:00 a.m., or as soon thereafter as the matter may be heard.

25    The parties respectfully request that the Court enter an order approving this stipulation.

26  / / /

27  / / /

28  / / /

STIPULATION AND [PROPOSED] ORDER          -1-                          C-09-03268-PJH
EXTENDING THE HEARING DATE ON
DEFENDANTS' MOTIONS TO DISMISS

1   Dated:  April 13, 2010                    Respectfully submitted,

2
                                             WILSON SONSINI GOODRICH & ROSATI
3                                            PROFESSIONAL CORPORATION
                                             650 Page Mill Road
4                                            Palo Alto, CA 94304
                                             Telephone: (650) 493-9300
5                                            Facsimile: (650) 493-6811

6
                                             By:  _____/s/ Kelley M. Kinney_____
7                                                        Kelley M. Kinney

8                                            Attorneys for Defendants Bare Escentuals, Inc., Leslie
                                             A. Blodgett, Myles B. McCormick, Ross M. Jones,
9                                            Bradley M. Bloom, John C. Hansen, Michael J. John,
                                             Lea Anne Ottinger, Karen M. Rose, Glen T. Senk, and
10                                           Diane M. Miles

11  Dated:  April 13, 2010                    HOGAN & HARTSON LLP
                                             525 University Ave., 4th Floor
12                                           Palo Alto, CA  94301
                                             Telephone: (650) 463-4001
13                                           Facsimile: (650) 463-4199

14
                                             By:  _____/s/ Norman J. Blears_____
15                                                       Norman J. Blears

16                                           Attorneys for Defendants Goldman Sachs Group, Inc.,
                                             CIBC World Markets, Banc of America Securities
17                                           LLC, Piper Jaffray Companies, Thomas Weisel
                                             Partners LLC, and SunTrust Robinson Humphrey, Inc.,
18                                           f/k/a SunTrust Capital Markets, Inc.

19  Dated:  April 13, 2010                    SCOTT + SCOTT LLP
                                             600 West B Street, #1500
20                                           San Diego, CA  92101
                                             Telephone: (619) 233-4565
21                                           Facsmile: (619) 233-0508

22

23                                           By:  _____/s/ Mary K. Blasy_____
                                                         Mary K. Blasy
24
                                             Lead Counsel for Lead Plaintiffs
25

26

27

28

STIPULATION AND [PROPOSED] ORDER              -2-                          C-09-03268-PJH
EXTENDING THE HEARING DATE ON
DEFENDANTS' MOTIONS TO DISMISS

1

**<u>ORDER</u>**

2          PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4   Dated: 4/15/10



IT IS SO ORDERED

Judge Phyllis J. Hamilton

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER          -3-          C-09-03268-PJH
EXTENDING THE HEARING DATE ON
DEFENDANTS' MOTIONS TO DISMISS

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Kelley M. Kinney, attest that concurrence in the filing of this document has been obtained from the signatories, Norman J. Blears and Mary J. Blasy.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of April, 2010 at Palo Alto, California.

By:   /s/ Kelley M. Kinney
          Kelley M. Kinney

Counsel for Defendants Bare Escentuals, Inc., Leslie A. Blodgett, Myles B. McCormick, Ross M. Jones, Bradley M. Bloom, John C. Hansen, Michael J. John, Lea Anne Ottinger, Karen M. Rose. Glen T. Senk, and Diane M. Miles