UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BARE ESCENTUALS, INC.<br>SECURITIES LITIGATION,<br><br>This documents relates to:<br>All Actions. | No. C09-3268 PJH (BZ)<br><br>**FOURTH DISCOVERY ORDER** |

Following a telephone conference where all parties were represented by counsel **IT IS ORDERED** that plaintiff is given leave to serve a document preservation subpoena on non-party Ernst & Young LLP ("E&Y") pending resolution of the motion to dismiss. Defendants' non-opposition to this request shall not be construed as a waiver of any objections should E&Y move to quash the subpoena.

Dated: April 21, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BARE ESCENTUALS\DISC ORD 4.wpd

1