JEROME F. BIRN, JR., State Bar No. 128561
jbirn@wsgr.com
KEITH E. EGGLETON, State Bar No. 159842
keggleton@wsgr.com
KELLEY M. KINNEY, State Bar No. 216823
kkinney@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
BARE ESCENTUALS, INC., LESLIE A. BLODGETT, MYLES B. MCCORMICK, ROSS M. JONES, BRADLEY M. BLOOM, JOHN C. HANSEN, MICHAEL J. JOHN, LEA ANNE OTTINGER, KAREN M. ROSE, GLEN T. SENK, AND DIANE M. MILES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN RE BARE ESCENTUALS, INC. SECURITIES LITIGATION

This Document Relates To:

All Actions

Master File No.: C-09-03268-PJH

**STATEMENT OF RECENT DECISION RE: DEFENDANTS' MOTION TO DISMISS THE CORRECTED CONSOLIDATED COMPLAINT**

Date: July 14, 2010
Time: 9:00 a.m.
Dept: Courtroom 3

Before: Judge Phyllis J. Hamilton

Pursuant to Civil Local Rule 7-3(d), defendants Bare Escentuals, Inc. ("Bare"), Leslie A. Blodgett, Myles B. McCormick, Ross M. Jones, Bradley M. Bloom, John C. Hansen, Michael J. John, Lea Anne Ottinger, Karen M. Rose, Glen T. Senk and Diane M. Miles (collectively, "Defendants") submit *In re Cutera Securities Litigation*, No. 08-17627, 2010 WL 2595281 (9th Cir. June 30, 2010). A copy of this decision is attached hereto as Exhibit A.

In *Cutera*, the Ninth Circuit affirmed the district court's dismissal of plaintiff's securities class action complaint. The Ninth Circuit held *inter alia*, that because Cutera's forward looking revenue projections were accompanied by meaningful cautionary language, the PSLRA's Safe Harbor protected those statements from liability regardless of plaintiff's allegations about defendants' state of mind. *Cutera*, 2010 WL 2595281, at *6-8. This holding is relevant to Defendants' argument that the Safe Harbor applies to Bare's statements about its future goals, expectations for future products, growth plans, and perceptions about competition, located at pages 19-20 of Defendants' Motion to Dismiss the Corrected Consolidated Complaint for Violations of Federal Securities Laws ("Motion") (Dkt. No. 38) and pages 27-29 of Defendants' Reply Brief in Support of Motion to Dismiss the Corrected Consolidated Complaint for Violations of Federal Securities Laws ("Reply") (Dkt. No. 73).

The Ninth Circuit also held that plaintiff failed to raise a plausible claim that Cutera's alleged incomplete disclosures about its sales force—statements that Cutera "anticipate[d] having improved productivity from the sales force"—were materially misleading. *Cutera*, 2010 WL 2595281, at *3-5. This is relevant to Defendants' argument that statements made by

Ms. Leslie Blodgett regarding the anticipated success of Bare's fifth infomercial were not materially misleading, located at pages 19-21 of Defendants' Motion and at page 15 of Defendants' Reply.

Dated: July 12, 2010

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

By: /s/ Jerome F. Birn, Jr.
Jerome F. Birn, Jr.

Attorneys for Defendants Bare Escentuals, Inc., Leslie A. Blodgett, Myles B. McCormick, Ross M. Jones, Bradley M. Bloom, John C. Hansen, Michael J. John, Lea Anne Ottinger, Karen M. Rose, Glen T. Senk and Diane M. Miles

**ECF CERTIFICATION**

I, Crystal M. Gaudette, am the ECF User whose identification and password are being used to file the Statement of Recent Decision re: Defendants' Motion to Dismiss Plaintiffs' Corrected Consolidated Complaint. In compliance with General Order 45.X.B, I hereby attest that Jerome F. Birn, Jr. has concurred in this filing.

Dated: July 12, 2010

By: /s/ Crystal M. Gaudette
Crystal M. Gaudette