SCOTT + SCOTT LLP
ARTHUR L. SHINGLER III (181719)
MARY K. BLASY (211262)
HAL D. CUNNINGHAM (243048)
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 609/233-4565
ashingler@scott-scott.com
mblasy@scott-scott.com
 – and –
DAVID R. SCOTT (CT16080)
P.O. Box 192
108 Norwich Avenue
Colchester, CT 06415
Telephone: 860/537-3818
860/537-4432 (fax)
drscott@scott-scott.com

*Lead Counsel for Lead Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE BARE ESCENTUALS, INC. SECURITIES LITIGATION | Master File No.: C-09-03268-PJH <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AND FINAL JUDGMENT** |
| This Document Relates To: <br><br> All Actions | |

This stipulation is entered into by and between Plaintiffs Westmoreland County Retirement System and Vincent J. Takas (together, "Lead Plaintiffs") and Defendants Bare Escentuals, Inc., Leslie A. Blodgett, Myles B. McCormick, Ross M. Jones, Bradley M. Bloom, John C. Hansen, Michael J. John, Lea Anne Ottinger, Karen M. Rose, Glen T. Senk, and Diane M. Miles (collectively, the "Bare Defendants"), and Goldman, Sachs & Co., CIBC World Markets Corp., Banc of America Securities LLC, Piper Jaffray Companies, Thomas Weisel Partners LLC, and SunTrust Robinson Humphrey, Inc. (collectively, the "Underwriter Defendants"). Together, the Bare Defendants and the Underwriter Defendants are referred to herein as "Defendants."

WHEREAS, on September 30, 2010, the Court issued an Order granting in part and denying in part Defendants' motions to dismiss Plaintiffs' consolidated complaint, and granting Lead Plaintiffs leave to file an amended complaint (Dkt. No. 86) (the "Order"); and

WHEREAS, Lead Plaintiffs have elected not to file an amended complaint;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Lead Plaintiffs and Defendants, by and through their counsel of record, that this action is dismissed in its entirety with prejudice as to Lead Plaintiffs. The Parties will bear their respective fees and costs.

Dated: November 9, 2010

Arthur L. Shingler III, State Bar No. 181719
Mary K. Blasy, State Bar No. 211262
Hal D. Cunningham, State Bar No. 243048
SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508

By: /s/ Arthur L. Shingler, III
Arthur L. Shingler, III

Attorneys for Lead Plaintiffs

C-09-03268-PJH

| | |
|---|---|
| Dated: November 9, 2010 | Jerome F. Birn, Jr., State Bar No. 128561<br>Keith E. Eggleton, State Bar No. 159842<br>Kelley M. Kinney, State Bar No. 216823<br>WILSON SONSINI GOODRICH & ROSATI<br>PROFESSIONAL CORPORATION<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811<br><br>By: ____/s/ Jerome F. Birn, Jr.____<br>Jerome F. Birn, Jr.<br><br>Attorneys for the Bare Defendants |
| Dated: November 9, 2010 | Norman J. Blears, State Bar No. 95600<br>Kristi K. Elder, State Bar No. 231996<br>HOGAN LOVELLS US LLP<br>525 University Ave., 4th Floor<br>Palo Alto, CA 94301<br>Telephone: (650) 463-4000<br>Facsimile: (650) 463-4199<br><br>Robin E. Wechkin, *Admitted Pro Hac Vice*<br>HOGAN LOVELLS US LLP<br>8426 316th Pl. SE<br>Issaquah, Washington 98027<br>Telephone: (425) 222-6229<br>Facsimile: (650) 463-4199<br><br>By: ____/s/ Norman J. Blears____<br>Norman J. Blears<br><br>Attorneys for the Underwriter Defendants |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AND FINAL JUDGMENT -2- C-09-03268-PJH

C-09-03268-PJH

# [~~PROPOSED~~] ORDER AND FINAL JUDGMENT

Upon consideration of the foregoing Stipulation of Dismissal by and between Lead Plaintiffs Westmoreland County Retirement System and Vincent J. Takas (together, "Lead Plaintiffs"), on the one hand, and Defendants Bare Escentuals, Inc., Leslie A. Blodgett, Myles B. McCormick, Ross M. Jones, Bradley M. Bloom, John C. Hansen, Michael J. John, Lea Anne Ottinger, Karen M. Rose, Glen T. Senk and Diane M. Miles (together, the "Bare Defendants"), and Goldman, Sachs & Co., CIBC World Markets Corp., Banc of America Securities LLC, Piper Jaffray Companies, Thomas Weisel Partners LLC, and SunTrust Robinson Humphrey, Inc. (together, the "Underwriter Defendants") (collectively, "Defendants"), on the other hand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

1. Pursuant to Section 21D(C)(1) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(c)(1) and N.D. Cal. Civil Local Rule 58-1, the Court finds that during the course of the litigation, Lead Plaintiffs and Defendants and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11;

2. This action is DISMISSED in its entirety WITH PREJUDICE as to Lead Plaintiffs.

3. The Parties shall bear their respective fees and costs.

Dated: November 10, 2010

By: _____
THE HONORABLE PHYLLIS J. HAMILTON
United States District Judge



IT IS SO ORDERED
Judge Phyllis J. Hamilton

C-09-03268-PJH

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Crystal M. Gaudette, attest that concurrence in the filing of this document has been obtained from the signatories Arthur L. Shingler, III, Jerome F. Birn, Jr. and Norman J. Blears. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of November, 2010 at Palo Alto, California.

By: /s/ Crystal M. Gaudette
      Crystal M. Gaudette

Counsel for the Bare Defendants